# EXHIBIT C

Exhibit C
Page 1

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

**Name of claimant:** CONFERENCE AMERICA INC.

**Employer identification number (EIN):** 63 1070221

**Address (number, street, room or suite no.):** 7079 UNIVERSITY COURT

**Social security number (SSN):**

**City and state or province. If you have a foreign address, see page 2.:** MONTGOMERY ALABAMA

**ZIP code:** 36117 8004

**Foreign country, if applicable. Do not abbreviate.**

**Month claimant's income tax year ends:** 03

**Daytime telephone number (optional):** 800 925 8000

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ✓ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable): *[signed]* Benjamin L. Young

Date: 12/19/05

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Cat. No. 20027J   Form **8849** (Rev. 2-2005)

**Exhibit C**
**Page 2**

| Schedule 6 (Form 8849) | Other Claims | OMB No. 1545-1420 |
|---|---|---|
| (Rev. February 2005) Department of the Treasury Internal Revenue Service | ► Attach to Form 8849. | |

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America, Inc. | 63-1070221 | $ 13,395.17 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ► _____     Latest date ► _____

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax - Communications - 4th Quarter 2001 | $ 13,395 | 17 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A.**

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:
- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit C
Page 3

Troutman Sanders LLP 12/13/2005 10:17   PAGE 002/003   Fax Server                         p.1

| Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Type or print. ▶ See the separate instructions. | OMB No. 1545-0150 For IRS Use Only Received by: Name _____ Telephone _____ Function _____ Date __/__/__ |

**Part I** Power of Attorney
Caution: *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer Identification number |
|---|---|---|
| Conference America, Inc.<br>7079 University Court<br>Montgomery, AL 36117-8004 | | 63 : 1070221 |
| | Daytime telephone number<br>( 800 ) 925-8000 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Robert P. Williams, II<br>Troutman Sanders LLP<br>600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308 | CAF No. ................<br>Telephone No. ................<br>Fax No. ................<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address | |
| Melissa J. Yost<br>Troutman Sanders LLP<br>600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308 | CAF No. ................<br>Telephone No. ................<br>Fax No. ................<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address | |
| Benjamin L. Young<br>Troutman Sanders LLP<br>600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308 | CAF No. ................<br>Telephone No. ................<br>Fax No. ................<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 720 | 1999-2005 |
| | | |
| | | |

**4** Specific use not recorded on Centralized Authorization File (CAF). If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF. . . . . . . . . ▶ ☐

**5** Acts authorized. The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ........................
........................................................................................................................
........................................................................................................................
........................................................................................................................

**6** Receipt of refund checks. If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ _____

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.   Cat. No. 11980J   Form **2848** (Rev. 3-2004)

Exhibit C
Page 4

12/19/2005 10:17    PAGE 003/003    Fax Server    p.2

Form 2848 (Rev. 3-2004) Page **2**

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.
  a  If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐
  b  If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . ▶ ☐
  **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

_[Signature]_ | 12/19/05 | PRESIDENT
Signature | Date | Title (if applicable)

R. M. PIRNIE | ☐☐☐☐☐ | Conference America
Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual

_____ | _____ | _____
Signature | Date | Title (if applicable)

_____ | ☐☐☐☐☐
Print Name | PIN Number

### Part II  Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:
- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  d  Officer—a bona fide officer of the taxpayer's organization.
  e  Full-Time Employee—a full-time employee of the taxpayer.
  f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
  h  Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Identification | Signature | Date |
|---|---|---|---|
| a | GA | _[signature]_ | 12/19/05 |
| a | GA | Melissa G Yrr | 12/19/05 |
| a | GA | _[signature]_ | 12/19/05 |

Form **2848** (Rev. 3-2004)

Exhibit C
Page 5

## EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

Exhibit C
Page 6

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Internal Revenue Service
Cincinnati, OH 45999-0002

4a. Article Number
7003 1680 0005 4406 7104

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X (Conference America / Young)

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

12/19
IRS to
Conf. America

---

**CERTIFIED MAIL**

7003 1680 0005 4406 7104
7003 1680 0005 4406 7104

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: I.R.S. (Conference America / Young)
City, State, ZIP+4: Cincinnati, OH 45999-0002

Exhibit C
Page 7