# EXHIBIT D

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI   OH   45999-0062

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER   AL   36117-8004794

The IRS address must appear in the window.

2680344196

BODCD-SB

| | |
|---|---|
| Letter Number: | LTR0916C |
| Letter Date   : | 2005-08-25 |
| Tax Period    : | 200003 |



*631070221*

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER   AL   36117-8004794

INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0062

631070221 ZY 0000 03 2 200003 000 00000000000

Exhibit D
Page 2

p.3

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0062

In reply refer to:  2680344196
Aug. 25, 2005   LTR 916C  E1
63-1070221    200003 03 000
                              06335
                    BODC: SB

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794

Taxpayer Identification Number:  63-1070221
Kind of Tax:  Excise
Amount of Claim(s):  $   69,056.11

Date Claim(s) Received:  July 20, 2005
Tax Period(s) Ending:  Mar. 31, 2000

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the information sheet attached to your claim, which explains why your claim cannot be processed at this time.

If you have any questions, please call Mr. Bowden at 859-669-4824 between the hours of 8:00 AM and 3:00 PM.  If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____

Exhibit D
Page 3

P.4

```
                                          · . . 2680344196
                              Aug. 25, 2005   LTR 916C   E1
                              63-1070221    200003 03 000
                                                    06336
```

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794


Thank you for your cooperation.

Sincerely yours,

*Mary Jo Williams*

Nary Jo Williams, Operations Mgr.
Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Attachment
Your Claim

P.5

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI   OH   45999-0062

In reply refer to: 2680344196
Aug. 25, 2005   LTR 916C  E1
63-1070221    200003 03 000
                              06335
                     BODC: SB

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794

Taxpayer Identification Number: 63-1070221
                   Kind of Tax: Excise
              Amount of Claim(s): $   69,056.11

        Date Claim(s) Received: July 20, 2005
         Tax Period(s) Ending: Mar. 31, 2000

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the information sheet attached to your claim, which explains why your claim cannot be processed at this time.

If you have any questions, please call Mr. Bowden at 859-669-4824 between the hours of 8:00 AM and 3:00 PM. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____

Exhibit D
Page 5

p.6

```
                                    .    .. 2680344196
                    Aug. 25, 2005    LTR 916C  E1
                    63-1070221     200003 03 000
                                              06336
```

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794


Thank you for your cooperation.

                        Sincerely yours,

                        *[signature: Mary Jo Williams]*

                        Mary Jo Williams, Operations Mgr.
                        Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Attachment
Your Claim

## EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

p. 8

*720 Statute*    *7txprds*

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

| C | O | N | F | E | R | E | N | C | E |   | A | M | E | R | I | C | A |

Employer identification number (EIN)
| 6 | 3 | 1 | 0 | 7 | 0 | 2 | 2 | 1 |

Address (number, street, room or suite no.)

| 7 | 0 | 7 | 9 |   | U | N | I | V | E | R | S | I | T | Y |   | C | O | U | R | T |

Social security number (SSN)

City and state or province. If you have a foreign address, see page 2.

| M | O | N | T | G | O | M | E | R | Y |   | A | L | A | B | A | M | A |

ZIP code
| 3 | 6 | 1 | 1 | 7 | 8 | 0 | 0 | 4 |

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends
| 0 | 3 |

Daytime telephone number (optional)

| 8 | 0 | 0 | 9 | 2 | 5 | 8 | 0 | 0 | 0 |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

INTERNAL REVENUE SERVICE
RECEIVED
228
JUL 2 0 2005
MATCHING UNIT

**Sign Here**

Under penalties of perjury, I declare that (1) I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable)

Robert P. Williams, II
Type or print your name below signature.

Date  7/13/05

For Privacy Act and Paperwork Reduction Act Notice, see instructions.       Cat. No. 20027J       Form **8849** (Rev. 2-2005)

CINCINNATI IRS CENTER
JUL 2? 2005
INTERNAL REVENUE SERVICE

NO. 135
ACCEPTED
JUL 2 9 2005
By CLASSIFICATION
S.C. 17

Exhibit D
Page 8

**Schedule 6
(Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

**Other Claims**
► Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America | 631070221 | $ 69,056.11 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►  01012000      Latest date ►  03312001

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  Excise Tax - Communications - 1st Quarter 2000 | $ 18,916 | 83 | |
| 2  Excise Tax - Communications - 2nd Quarter 2000 | 7,392 | 02 | |
| 3  Excise Tax - Communications - 3rd Quarter 2000 | 7,740 | 76 | |
| 4  Excise Tax - Communications - 4th Quarter 2000 | 15,131 | 44 | |
| 5  Excise Tax - Communications - 1st Quarter 2001 | 19,875 | 06 | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

Please see Exhibit A

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

• Form 720, Quarterly Federal Excise Tax Return;
• Form 2290, Heavy Highway Vehicle Use Tax Return;
• Form 730, Monthly Tax Return for Wagers; and
• Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.      Cat. No. 27454M      Schedule 6 (Form 8849) (Rev. 2-2005)

**Schedule 6
(Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

## Other Claims

► Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America | 631070221 | $     30,656.82 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►     04012001          Latest date ►     09312001

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  Excise Tax - Communications - 2nd Quarter 2001 | $            16,797 | 34 | |
| 2  Excise Tax - Communications - 3rd Quarter 2001 | 13,859 | 48 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;
● Form 2290, Heavy Highway Vehicle Use Tax Return;
● Form 730, Monthly Tax Return for Wagers; and
● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.     Cat. No. 27454M     Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit D
Page 10