# EXHIBIT E

## ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|---|---|
| CONFERENCE AMERICA INC | 2000 & 2001 |

DISALLOWANCE

We cannot allow your claim as filed at this time for the following reasons:

1. The following periods have been filed late:

| PERIOD | DUE DATE |
|---|---|
| 200109 | 10/31/2004 |
| 200106 | 7/31/2004 |
| 200103 | 4/30/2004 |
| 200012 | 1/31/2004 |
| 200009 | 10/31/2003 |
| 200006 | 7/31/2003 |
| 200003 | 4/30/2003 |

These claims were received on 7/20/2005

Per Internal Revenue Code section 6511(a) "Period of Limitation on Filing Claim – Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within **3 years from the time the return was filed or 2 years from the time the tax was paid**, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time tax was paid."