# EXHIBIT F

p.2

 

CINCINNATI OH 45999-0061

7183 6086 6454 8048 6079

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY   AL   36117

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
2479905245
BODCD-SB

Use for payments

Letter Number: LTR0105C
Letter Date   : 2006-01-26
Tax Period    : 200112

*631070221*

INTERNAL REVENUE SERVICE

CINCINNATI  OH  45999-0061

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY   AL   36117

631070221 ZY CONF 03 2 200112 670 00000000000

Exhibit F
Page 2


**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH   45999-0061

71836086645480486079

In reply refer to: 2479905245
Jan. 26, 2006    LTR 105C    1
63-1070221    200112 03 000
                                  00576
BODC: SB

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY  AL  36117.

CERTIFIED MAIL

   Taxpayer Identification Number:  63-1070221
              Kind of Tax:  Excise
           Amount of Claim:  $   13,395.17

   Date of Claim(s) Received:  Dec. 23, 2005
               Tax Period   :  Dec. 31, 2001

WE COULDN'T ALLOW YOUR CLAIM

Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM
The attachment to this letter explains why we have disallowed this claim.

IF YOU DISAGREE

You may appeal our decision with the Appeals Office (which is independent of our office) if we disallowed your claim because our records show that you filed your claim late. Generally, a claim is late if you filed it the later of:

- 3 years from the return due date of a timely filed, unextended return
- 3 years from the date we received a late return or a timely filed, extended return
- 2 years after you paid the tax

In addition, the amount of any credit or refund for a claim filed within three years of the tax return is limited to amounts paid within the three years before filing the claim plus the period of any extension of time granted for filing the tax return. Similarly, the amount of a claim filed within the two-year period is limited to the amount paid within the two years before filing the claim.

Exhibit F
Page 3

```
                                                       2479905245
                                   Jan. 26, 2006    LTR 105C    1
                                   63-1070221    200112 03 000
                                                          00578
```

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY  AL  36117

   3. Include a detailed statement of facts with names, amounts, locations, etc. to support your reasons for disputing the disallowance.
   4. If you know the particular law or authority that supports your position, you should inform us of that law or authority. Please include a legal citation to assist in the appeals process that supports your claim, if applicable.
   5. Sign the statement below and include it with your written appeal. If your authorized representative prepares the request for an appeal, he/she must sign the statement and include it with the appeal.
   6. Mail your written formal protest to the address shown on this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

"Under penalties of perjury, I declare that the facts present on my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

_____          _____
Signature                                 Date

_____          _____
Spouse's Signature, if a Joint Return     Date

STATEMENT BY ENROLLED AGENT

"Under penalty of perjury, I declare that I prepared the written statement and accompanying documents. I know personally that the protest and accompanying documents are true and correct."

_____   _____   _____
Signature of Agent                 Enrollment Number    Date

If you do not agree with our decision, you may file suit to recover tax, penalties, or other amounts, with the United States District Court having jurisdiction or with the United States Claims Court. These courts are part of the judiciary branch of the federal government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance

Exhibit F
Page 4

```
                                                         2479905245
                                    Jan. 26, 2006    LTR 105C     1
                                    63-1070221    200112 03 000
                                                              00577
```

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY   AL   36117


The Appeals Office cannot change the amount of time the law allows you to file a claim for refund or credit.

If you decide to appeal our decision, you should provide us with an explanation of why you consider your claim was filed on time; for example, you had an extension of time to file your original tax return. We will consider your explanation before forwarding your request to the Appeals Office.

Note: reasonable cause or similar explanations that may provide an excuse for relief from a penalty for the late filing of a tax return cannot change the time limitations for filing a claim set by law. Please review Publication 556, Examination of Returns, Appeals Rights, and Claims for Refund, to see if you qualify for an exception provided by law; for example, you were "financially disabled," you were serving in a combat zone, or your claim involves an item that has a filing period in excess of the general three-year period.

You have the right to appeal our decision to disallow your claim. You may represent yourself before Appeals. You may have an attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written power of attorney) to your written statement.

You may request a small dollar case appeal for a disallowed claim that is less than $25,000 or prepare a formal protest for a disallowed claim over $25,000.

To request a small dollar case appeal for a claim, do the following:
   1. State that you want to appeal.
   2. List the disallowed items you disagree with and why you don't agree with each item.
   3. Provide your name, address, taxpayer identification number, daytime telephone number, and a copy of this letter.
   4. Mail your appeal request to the address shown on this letter.

To prepare a formal protest, do the following:

   1. Prepare a written statement that you want to appeal the disallowance to the Appeals Office.
   2. Provide your name, address, taxpayer identification number, a daytime telephone number, and a copy of this letter. Show the tax periods or years and disallowed items you disagree with and why you don't agree with each item.

Exhibit F
Page 5

```
                                                 2479905245
                            Jan. 26, 2006   LTR 105C    1
                            63-1070221    200112 03 000
                                                    00579
```

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY   AL   36117


(Form 2297), the period for filing suit begins on the date you filed the waiver.

HOW TO CONTACT US

If you have any questions, please call Mr. Gillis Bowden at
859-669-4824 between the hours of 8:00 AM and
4:00 PM EST.  If the number is outside your local calling area,
there will be a long-distance charge to you.  If you prefer, you may
write to us at the address shown at the top of the first page of
this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____


                              Sincerely yours,

                              *W. Ricky Stiff*

                              W. Ricky Stiff
                              Chief, Excise Program


Enclosure(s):
Publication 1
Attachment to Letter

Exhibit F
Page 6

p.7

```
Station Name: COV004WA2546659 Date: 01/17/2006 Time: 9:29:56 AM

IDRS LETTER    | TO:                              | STOP:
ENCLOSURE      |   Correspondence Reviewer        |
               |   Tax Assistance Section         |

Please Enclose the Attached with IDRS Letter

Sequence Number:                  | Letter Number:   0105C

Date Entered: 01/17/2006          | Employee Number: 2479905245

Taxpayer Name and Address:
                           CONFERENCE AMERICA INC
                           7079 UNIVERSITY COURT
                           MONTGOMERY, AL 36117



Social Security Number /   | 63-1070221
Employer Identification No.|

FORM 5703

REQUEST COMPLETED--0 CAF LTRS  PLEASE ENTER ENCLOSURE INFO & PRINT SCREEN
```

JAN 19 2006

CINCINNATI IRS CENTER
EXCISE #7
JAN 18 2006
RECEIVED
INTERNAL REVENUE SERVICE

Exhibit F
Page 7

## ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|---|---|
| CONFERENCE AMERICA INC | DECEMBER 2001 |

DISALLOWANCE

We cannot allow your claim as filed at this time for the following reasons:

1. The following periods have been filed late:

| PERIOD | DUE DATE |
|---|---|
| 200112 | 1/31/2005 |

These claims were received on 12/23/05.

Per Internal Revenue Code section 6511(a) "Period of Limitation on Filing Claim – Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within **3 years from the time the return was filed or 2 years from the time the tax was paid**, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time tax was paid."

Exhibit F
Page 8