RECEIVED
2006 FEB 21 A :75

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:06cv149-WKW |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Conference America, Inc. hereby states that no parent corporation or publicly held corporation owns more than 10% of Conference America's stock.

This 16th day of February 2006.

TROUTMAN SANDERS LLP

_____
Thomas E. Borton IV (BOR011)
Georgia Bar No. 068733

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3275
(404) 962-6859 (fax)

Attorney for Plaintiff Conference America, Inc.