AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__   District of   __Alabama__

CONFERENCE AMERICA, INC.
Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv149-WKW

TO: (Name and address of Defendant)

Comissioner of Internal Revenue Service
1111 Constitution Avenue, N.W.
Washigton, DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Borton, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3275 (Telephone)
(404) 962-6859 (Facsimile)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    2.22.06

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

CONFERENCE AMERICA, INC.
Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv149-WKW

TO: (Name and address of Defendant)

United States Attorney
Middle District of Alabama
One Court Square
Suite 201
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Borton, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3275 (Telephone)
(404) 962-6859 (Facsimile)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         2-22-06

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

CONFERENCE AMERICA, INC.
Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv149-WKW

TO: (Name and address of Defendant)

Office of the Attorney General
Department of Justice
10th & Pennsylvania Ave., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Borton, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3275 (Telephone)
(404) 962-6859 (Facsimile)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

2-22-06

DATE