**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner of
Internal Revenue Service
1111 Constitution Avenue, NW.
Washington, DC 20224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Received by the
Commissioner's Correspondence
Office
MAR 03 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Excise Tax/Conference America    plans & Corp

2. Article Number    7003 1680 0005 4406 7180
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    06-149    102595-01-M-2509