IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-149-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO EXTEND TIME

Defendant United States of America moves for a twenty-eight day extension of time to respond to the complaint. The United States Attorney for the Middle District of Alabama was served with a summons and copy of the complaint on February 22, 2006. A response to the complaint is due to be served on April 24, 2006. Time is needed for the Chief Counsel of the Internal Revenue Service to review the complaint and forward to the Department of Justice its litigating position in this case.[1] Even if the Chief Counsel's office provides its litigating position before the due date for the answer, other constraints on the time of undersigned counsel will make it difficult for him to prepare a response to the complaint by April 24, 2006. Hence, an extension of time to May 22, 2006 is requested. Undersigned counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose the granting of this motion.

---

[1] The Government recognizes the adverse precedent in *American Bankers Insurance Group v. United States*, 408 F. 3d 1328 (11th Cir. 2005) and will formulate its position in light of that decision.

The Court's consideration is appreciated. A proposed order is attached.

        LEURA G. CANARY
        United States Attorney


        s/ Michael N. Wilcove
        _____
        MICHAEL N. WILCOVE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone:  (202) 514-6474
        Telefax: (202) 514-9868
        Michael.N.Wilcove@usdoj.gov

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing Unopposed Motion to Extend Time and proposed Order has been made on plaintiff's counsel this 7th day of April 2006 through the Court's e-filing system.

                                              s/ Michael N. Wilcove

                                              Trial Attorney, Tax Division
                                              U. S. Department of Justice
                                              Post Office Box 14198
                                              Washington, D.C.  20044