IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


CONFERENCE AMERICA, INC.          )
                                  )
               Plaintiff,         )        Case No. 2:06-CV-149-WKW
                                  )
       v.                         )
                                  )
UNITED STATES OF AMERICA          )
                                  )
               Defendant.         )


## ORDER

Upon defendant's unopposed motion, the time for defendant to answer the complaint is

extended to May 22, 2006.


SO ORDERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE


1345157.1