IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-149-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the Court on the defendant's Unopposed Motion to Extend Time (Doc. # 6), filed on April 7, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The defendant shall file a response to the complaint on or before May 22, 2006.

DONE this the 12th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE