IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-149-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT AND NOTICE OF CHANGE OF POSITION

The United States is providing this status report to give notice of a change in its litigation position in this case.

Plaintiff's complaint raises the issue whether certain long distance telephone service is subject to the federal communications excise tax under 26 U.S.C. § 4251. In accordance with Notice 2006-50 issued by the Department of Treasury and the Internal Revenue Service on May 25, 2006, the United States advises plaintiff and this Court that the United States now takes the position that the federal excise tax does not apply to plaintiff's long distance telephone service to the extent described in the attached Notice.

The United States does not, however, waive the affirmative defense that the Government has asserted in its Answer, *i.e.*, that the Court lacks subject matter jurisdiction over those calendar quarters with respect to which plaintiff did not timely file a claim for refund of the federal excise taxes.

Plaintiff will be required to substantiate the amount of federal excise tax that it paid with respect to the long distance service that is the subject of this action. Counsel for the United States will contact plaintiff's counsel with the goal of resolving the amount of any overpayment of telephone excise taxes, and potentially any remaining issues.

        LEURA G. CANARY
        United States Attorney

        s/ Michael N. Wilcove
        _____
        MICHAEL N. WILCOVE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-6474
        Telefax: (202) 514-9868
        Michael.N.Wilcove@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Status Report and Notice of Change of Position has been made on plaintiff's counsel this 25th day of May 2006 through the Court's e-filing system.

s/ Michael N. Wilcove

Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 14198
Washington, D.C.  20044