IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-149-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The United States filed a Status Report and Notice of Change of Position (Doc. # 9) on May 25, 2006, indicating that it plans to pursue a possible settlement with the plaintiff in this case. Accordingly, it is hereby ORDERED that the parties shall file a joint status report on or before July 7, 2006, notifying the Court of their progress in reaching a settlement agreement. The parties shall continue to file such reports on the first Friday of each month thereafter until the claims are settled or until the parties require further intervention by the Court.

DONE this the 1st day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE