IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CONFERENCE AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-149-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND STATUS REPORT

Pursuant to the Court's order entered on June 1, 2006, the parties submit this status report.

In its first status report, the parties advised the Court that defendant had informed plaintiff of the documents that it needed to establish the nature of the long distance service that plaintiff purchased from Sprint and the amount of federal excise tax overpaid. In response to that request, on July 26, 2006, undersigned counsel for defendant received plaintiff's offer of substantiation of the services provided and tax paid.[1] The Government will

---

[1] Plaintiff originally sought a refund for federal excise taxes paid for all quarters of 2000-2004. On August 1, 2006, plaintiff filed a motion for leave to amend its complaint to seek a refund of federal excise tax paid for all quarters of 2005. Defendant did not oppose the motion for leave to amend the complaint. The documentation provided by plaintiff includes services purchased and tax paid for all quarters of 2005.

1778221.1

review the documents and if further information is needed, counsel for defendant will contact counsel for plaintiff.

The parties continue to dispute whether the Court has subject matter jurisdiction over plaintiff's claims for all calendar quarters of 2000 and 2001. In their prior status report, the parties advised the Court that a case is pending before the United States Court of Appeals for the 11th Circuit that will likely have an impact on this issue. On July 13, 2006, the Eleventh Circuit issued its decision. *Wachovia Bank v. United States*, ___ F.3d ___, 2006 WL 1912805 (11th Cir. 2006). The parties will consider this decision and determine its impact on their respective positions.

s/ Thomas E. Borton, IV
_____
THOMAS E. BORTON, IV
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree St. N.E.
Atlanta, Georgia  30308-2216
Telephone: (404) 885-3275
Telefax; (404) 962-6859
thomas.borton@troutmansanders.com

LEURA G. CANARY
United States Attorney


 s/ Michael N. Wilcove
_____
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-6474
Telefax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov