IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-149-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to File Amended Complaint filed by the plaintiff on August 1, 2006 (Doc. # 13), it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file the Amended Complaint on or before August 29, 2006.

DONE this 23rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE