IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CONFERENCE AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-149-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**THIRD STATUS REPORT**

Pursuant to the Court's order entered on June 1, 2006, the parties submit this status report.

In the prior status report, the parties advised the Court that plaintiff has submitted to defendant offer of substantiation of the services provided and tax paid.[1] The Government's review of those documents will be undertaken and completed as expeditiously as possible. The communication excise tax specialists within the Internal Revenue Service are responsible for reviewing claims for refund of the federal excise tax at issue in this case. This group, however, has approximately 8,000 claims to process.

---

[1] Plaintiff originally sought a refund for federal excise taxes paid for all quarters of 2000-2004. On August 1, 2006, plaintiff filed a motion for leave to amend its complaint to seek a refund of federal excise tax paid for all quarters of 2005. Defendant did not oppose the motion for leave to amend the complaint. The documentation provided by plaintiff includes services purchased and tax paid for all quarters of 2005.

1778221.1

In light of the decision in *Wachovia Bank v. United States*, 455 F.3d 1261 (11th Cir. 2006), the Government adheres to its affirmative defense that the Court lacks subject matter jurisdiction over plaintiff's claims pertaining to all quarters of 2000 and 2001.  Plaintiff is in the process of considering the impact of *Wachovia Bank* on its position.


s/ Thomas E. Borton, IV
_____
THOMAS E. BORTON, IV
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree St. N.E.
Atlanta, Georgia  30308-2216
Telephone: (404) 885-3275
Telefax; (404) 962-6859
thomas.borton@troutmansanders.com

LEURA G. CANARY
United States Attorney


 s/ Michael N. Wilcove
_____
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-6474
Telefax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov