## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                     TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Conference America, Inc. v. United States of America

Case Number:  2:06-cv-00149-WKW

Referenced Docket Entry - ***AMENDED COMPLAINT - Doc.  No. 12

The referenced docket entry was filed electronically in ERROR on ***July 31, 2006***  and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as a attachment to Motion to Amend; not as a separate entity..  Please DISREGARD this docket entry.

Case 2:06-cv-00149-WKW-DRB    Document 17    Filed 09/05/2006    Page 2 of 2