IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:06-cv-00149 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO FILE AMENDED COMPLAINT**

Plaintiff Conference America, Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, files this Unopposed Motion to File Amended Complaint against the United States of America as follows:

1. On February 16, 2006, Plaintiff brought this action under sections 6532 and 7422 of the Internal Revenue Code for a refund on federal excise taxes that Plaintiff paid Defendant United States of America ("Defendant") with respect to claims made for (i) the taxable quarters ended March 31, 2002, through December 31, 2004, and statutory interest on all of these claims, and (ii) the taxable quarters ended March 31, 2000, through December 31, 2001.

2.	On January 23, 2006, Plaintiff timely filed claims for refund of $35,928.07, the aggregate amount of taxes paid by Plaintiff with respect to the taxable quarters ended March 31, 2005, through December 31, 2005.  These additional refund claims were pursued under the same theory as the claims for refund described in paragraph 1 of this Motion.  Pursuant to 26 U.S.C. § 6532(a)(1), the Internal Revenue Service was permitted six-months to review these refund claims before being subject to an associated lawsuit.   The Internal Revenue Service has not allowed these claims for refund.  More than six months have passed since the filing of these refund claims.

3.	Plaintiff wishes to amend its Complaint to reflect the new damages total associated with the additional claims, and to allow resolution of the issues between the parties in this case.

4.	On July 31, 2006, Plaintiff filed an Amended Complaint.  On August 1, 2006, Plaintiff filed an Unopposed Motion to File Amended Complaint.  On August 23, 2006, the Court granted Plaintiff's Unopposed Motion to File Amended Complaint and ordered that Plaintiff file the Amended Complaint by August 29, 2006.  Plaintiff believed that the Amended Complaint it had inadvertently filed on July 31, 2006 was considered sufficiently filed, though it turned out that it was filed with the Court before the Plaintiff's Unopposed Motion to File Amended Complaint was granted.  On September 5, 2006, Plaintiff's Amended Complaint,

filed on July 31, 2006, was stricken from the docket. Therefore, Plaintiff respectfully resubmits this Motion to File Amended Complaint in order to correctly and timely file its Amended Complaint.

5. Counsel for Plaintiff has conferred with counsel for Defendant and counsel for Defendant has informed counsel for Plaintiff that he does not intend to oppose this Motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (i) granting Plaintiff's Unopposed Motion to File Amended Complaint, and (ii) allowing Plaintiff's proposed First Amended Complaint (attached hereto as Exhibit "A") to be deemed properly filed as of the date of the filing of the original Complaint filed on February 16, 2006.

Respectfully submitted this 6th day of September, 2006.

                                TROUTMAN SANDERS LLP

                                /s/ Thomas E. Borton IV  
                                Thomas E. Borton IV (BOR011)  
                                Georgia Bar No. 068733

5200 Bank of America Plaza       Attorney for Plaintiff Conference  
600 Peachtree Street, N.E.         America, Inc.  
Atlanta, GA  30308-2216  
(404) 885-3275  
(404) 962-6859 (fax)

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CONFERENCE AMERICA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | **NO.: 2:06-cv-00149** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed Plaintiff Conference America, Inc.'s *UNOPPOSED MOTION TO FILE AMENDED COMPLAINT* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Michael N. Wilcove
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044
Phone: (202)-514-6474
Email: Michael.N.Wilcove@usdoj.gov

Respectfully submitted this 6th day of September, 2006.

                        TROUTMAN SANDERS LLP

                        /s/ Thomas E. Borton IV
                        Thomas E. Borton IV (BOR011)
                        Georgia Bar No. 068733

5200 Bank of America Plaza    Attorney for Plaintiff Conference
600 Peachtree Street, N.E.       America, Inc.
Atlanta, GA 30308-2216
(404) 885-3275
(404) 962-6859 (fax)