IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-149-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

Upon consideration of the Unopposed Motion to File Amended Complaint filed by the plaintiff on September 6, 2006 (Doc. # 18), it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file the First Amended Complaint on or before September 11, 2006.

DONE this 7th day of September, 2006.

                          /s/   W.  Keith Watkins
                          UNITED STATES DISTRICT JUDGE