# EXHIBIT A

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

| C | O | N | F | E | R | E | N | C | E |  | A | M | E | R | I | C | A |  |  |  |  |  |  |

**Employer identification number (EIN)**

| 6 | 3 | 1 | 0 | 7 | 0 | 2 | 2 | 1 |

**Address (number, street, room or suite no.)**

| 7 | 0 | 7 | 9 |  | U | N | I | V | E | R | S | I | T | Y |  | C | O | U | R | T |  |  |  |

**Social security number (SSN)**

**City and state or province. If you have a foreign address, see page 2.**

| M | O | N | T | G | O | M | E | R | Y | , |  | A | L |  | 3 | 6 | 1 | 1 | 7 | - | 8 | 0 | 0 | 4 |

**ZIP code**

**Foreign country, if applicable. Do not abbreviate.**

**Month claimant's income tax year ends**

| 0 | 3 |

**Daytime telephone number (optional)**

| 8 | 0 | 0 | 9 | 2 | 5 | 8 | 0 | 0 | 0 |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors . . . . . . . . | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable)                    4-29-05
                                                        Date

Robert P. Williams, II
Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Cat. No. 20027J

Form **8849** (Rev. 2-2005)

Exhibit A
Page 2

| Schedule 6 (Form 8849) (Rev. February 2005) Department of the Treasury Internal Revenue Service | **Other Claims** ▶ Attach to Form 8849. | OMB No. 1545-1420 |
|---|---|---|
| Name as shown on Form 8849 Conference America | EIN or SSN 631070221 | Total refund (total of lines 1–5) $ 49,079.87 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012002          Latest date ▶ 12312002

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1   Excise tax - Communications - 1st Quarter 2002 | $  12,922 | 72 | |
| 2   Excise tax - Communications - 2nd Quarter 2002 | 12,711 | 91 | |
| 3   Excise tax - Communications - 3rd Quarter 2002 | 11,268 | 22 | |
| 4   Excise tax - Communications - 4th Quarter 2002 | 12,177 | 02 | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

Please find the enclosed Exhibit A.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 2290, Heavy Highway Vehicle Use Tax Return;

● Form 730, Monthly Tax Return for Wagers; and

● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.     Cat. No. 27454M     Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit A
Page 3

**Schedule 6**
**(Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims
▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America | 631070221 | $64,120.25 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012003        Latest date ▶ 01312004

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise tax - Communications - 1st Quarter 2003 | $ 13,374 | 79 | |
| 2 | Excise tax - Communications - 2nd Quarter 2003 | 13,407 | 58 | |
| 3 | Excise tax - Communications - 3rd Quarter 2003 | 12,430 | 23 | |
| 4 | Excise tax - Communications - 4th Quarter 2003 | 11,970 | 50 | |
| 5 | Excise tax - Communications - 1st Quarter 2004 | 12,937 | 15 | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

Please find the enclosed Exhibit A.

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:
● Form 720, Quarterly Federal Excise Tax Return;
● Form 2290, Heavy Highway Vehicle Use Tax Return;
● Form 730, Monthly Tax Return for Wagers; and
● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit A
Page 4

| Schedule 6<br>(Form 8849)<br>(Rev. February 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Other Claims**<br>▶ Attach to Form 8849. | | OMB No. 1545-1420 |
|---|---|---|---|
| Name as shown on Form 8849<br>Conference America | EIN or SSN<br>631070221 | | Total refund (total of lines 1–5)<br>$ 39,106.24 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04302004        Latest date ▶ 02282005

| | Tax | Amount of refund | CRN |
|---|---|---|---|
| 1 | Excise tax – Communications – 2nd Quarter 2004 | $ 11,424 | 36 |
| 2 | Excise tax – Communications – 3rd Quarter 2004 | 9,956 | 43 |
| 3 | Excise tax – Communications – 4th Quarter 2004 | 10,703 | 24 |
| 4 | Excise tax – Communications – January and February 2005 | 7,022 | 21 |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

Please find the enclosed Exhibit A.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 2290, Heavy Highway Vehicle Use Tax Return;

● Form 730, Monthly Tax Return for Wagers; and

● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.        Cat. No. 27454M        Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit A
Page 5

P. 1

04-14-06  01:55am  From-                                    T-927  P.02/03  F-373

# Form 2848

(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

## Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date ___/___/___

**Part I** Power of Attorney
Caution: Form 2848 will not be honored for any purpose other than representation before the IRS.

**1  Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

Taxpayer name(s) and address

Conference America
Attn: Robert N. Pirate
7079 University Court
Montgomery, AL 36117-8004

| Social security number(s) | Employer identification number |
|---|---|
| | 63 : 1070221 |

Daytime telephone number
( 800 ) 985-1000

Plan number (if applicable)

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

Name and address

Robert P. Williams, II
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308

CAF No. .............................
Telephone No. (404) 885-3636
Fax No. (404) 962-6721
Check if new:  Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

Melissa J. Yost
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308

CAF No. .............................
Telephone No. (404) 885-2486
Fax No. (404) 962-6812
Check if new:  Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. .............................
Telephone No. .....................
Fax No. .............................
Check if new:  Address ☐  Telephone No. ☐  Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3  Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 720 | 2001-2005 |
| | | |
| | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF. . . . . . . . . . . . . . . . ▶ ☐

**5  Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ...................
..................................................................................................................................
..................................................................................................................................

**6  Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.       Cat. No. 11980J       Form **2848** (Rev. 3-2004)

P. 2

04-13-05   01:05am   From-                                    T-027   P.02/03   F-373

Form 2848 (Rev. 3-2004)                                                      Page 2

7   Notices and communications. Original notices and other written communications will be sent to you and a copy to the
    first representative listed on line 2.
    a   If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐
    b   If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

8   Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier
    power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by
    this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . ▶ ☐
    **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9   Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is
    requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor,
    receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf
    of the taxpayer.

    ▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

    _____        _____        _____
    Signature                              Date                   Title (if applicable)
    Apr. 13, 2005                          President/CEO

    Robert N. Pirnie                       ☐☐☐☐☐
    Print Name                             PIN Number             Conference America
                                                                 Print name of taxpayer from line 1 if other than individual

    _____        _____        _____
    Signature                              Date                   Title (if applicable)

                                           ☐☐☐☐☐
    Print Name                             PIN Number

**Part II**   **Declaration of Representative**

Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic
Program, see the instructions for Part II.

Under penalties of perjury, I declare that:
●   I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
●   I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning
    the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
●   I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
●   I am one of the following:
    a   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
    b   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
    c   Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
    d   Officer—a bona fide officer of the taxpayer's organization.
    e   Full-Time Employee—a full-time employee of the taxpayer.
    f   Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
    g   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the
        authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230)
    h   Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department
        Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under
        examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL
BE RETURNED. See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | GA | | 4-13-05 |
| a | GA | Melissa G. Jones | 4-13-06 |

Form 2848 (Rev. 3-2004)

Exhibit A
Page 7

## EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

# EXHIBIT A-2

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

Name of claimant

C O N F E R E N C E   A M E R I C A

Employer identification number (EIN)

6 3 1 0 7 0 2 2 1

Address (number, street, room or suite no.)

7 0 7 9   U N I V E R S I T Y   C O U R T

Social security number (SSN)

City and state or province. If you have a foreign address, see page 2.

M O N T G O M E R Y   A L A B A M A

ZIP code

3 6 1 1 7 8 0 0 4

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends

0 3

Daytime telephone number (optional)

8 0 0 9 2 5 8 0 0 0

**Caution:** *Do not* use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on **Schedule C (Form 720),** *Claims,* **Form 4136,** *Credit for Federal Tax Paid on Fuels,* **Form 2290,** *Heavy Highway Vehicle Use Tax Return,* or **Form 730,** *Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*Benjamin L. Young*                                                1/23/06

Signature and title (if applicable)                                  Date

Benjamin L. Young

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.          Cat. No. 20027J          Form **8849** (Rev. 2-2005)

**Schedule 6**
**(Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims
▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America, Inc. | 63-1070221 | $                    35,928.07 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ _____01012005_____    Latest date ▶ _____12312005_____

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  Excise Tax - Communications - 1st Quarter 2005 | $                10,227 | 20 | |
| 2  Excise Tax - Communications - 2nd Quarter 2005 |                     9,657 | 09 | |
| 3  Excise Tax - Communications - 3rd Quarter 2005 |                     8,079 | 60 | |
| 4  Excise Tax - Communications - 4th Quarter 2005 |                     7,964 | 18 | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

Please see Exhibit A.

# Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● **Form 720,** Quarterly Federal Excise Tax Return;
● **Form 2290,** Heavy Highway Vehicle Use Tax Return;
● **Form 730,** Monthly Tax Return for Wagers; and
● **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use **Form 720X,** Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Troutman Sanders LLP 12/13/2005 10:17    PAGE 002/003    Fax Server

| Form **2848** | **Power of Attorney** | OMB No. 1545-0160 |
|---|---|---|
| (Rev. March 2004) | **and Declaration of Representative** | For IRS Use Only |
| Department of the Treasury<br>Internal Revenue Service | ▶ Type or print. ▶ See the separate instructions. | Received by: |

**Part I  Power of Attorney**

Caution: *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1  Taxpayer Information.** Taxpayer(s) must sign and date this form on page 2, line 9.

Taxpayer name(s) and address

Conference America, Inc.
7079 University Court
Montgomery, AL 36117-8004

Social security number(s)

Employer identification number
53 : 1070221

Daytime telephone number
( 800 ) 925-8000

Plan number (if applicable)

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Robert P. Williams, II
Troutman Sanders LLP
600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308
CAF No. .............................................
Telephone No. .....................................
Fax No. ...............................................
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address
Melissa J. Yost
Troutman Sanders LLP
600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308
CAF No. .............................................
Telephone No. .....................................
Fax No. ...............................................
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address
Benjamin L. Young
Troutman Sanders LLP
600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308
CAF No. .............................................
Telephone No. .....................................
Fax No. ...............................................
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3  Tax matters**

| Type of Tax (Income, Employment, Excise, etc.)<br>or Civil Penalty (see the instructions for line 3) | Tax Form Number<br>(1040, 941, 720, etc.) | Year(s) or Period(s)<br>(see the instructions for line 3) |
|---|---|---|
| Excise | 720 | 1999-2005 |
|  |  |  |
|  |  |  |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the Instructions for Line 4. Specific uses not recorded on CAF . . . . . . . . . . ▶ ☐

**5  Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ......................
.................................................................................................................................................................
.................................................................................................................................................................

**6  Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.    Cat. No. 11980J    Form **2848** (Rev. 3-2004)

EXHIBIT A-2

PAGE04

P.2

PAGE 003/003    Fax Server

Form 2848 (Rev. 3-2004)                                                                                                    Page **2**

**7**  **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a  If you also want the second representative listed to receive a copy of notices and communications, check this box  . . . . ▶ ☐
b  If you do not want any notices or communications sent to your representative(s), check this box  . . . . . . . . . . ▶ ☐

**8**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . ▶ ☐
YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

**9**  **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

| Signature | Date | Title (if applicable) |
|---|---|---|
| _R. M. Pirie._ | 12/19/05 | PRESIDENT |
| Print Name | PIN Number | CONFERENCE America |
| | | Print name of taxpayer from line 1 if other than individual |
| Signature | Date | Title (if applicable) |
| Print Name | PIN Number | |

---

**Part II**  **Declaration of Representative**

*Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

● I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
● I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
● I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
● I am one of the following:

a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d  Officer—a bona fide officer of the taxpayer's organization.
e  Full-Time Employee—a full-time employee of the taxpayer.
f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h  Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. See the Part II instructions.

| Designation—insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | GA | _[signature]_ | 12/19/05 |
| a | GA | _Melina J Yn_ | 12/19/05 |
| a | GA | _Bnjer L Yg_ | 12/17/05 |

Form **2848** (Rev. 3-2004)

## EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

■ Print your name and address on the reverse of this form so that we can return this
  card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not
  permit.
■ Write *Return Receipt Requested* on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date
  delivered.

extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Internal Revenue Service
Cincinnati, OH 45999-0002

4a. Article Number
7003 1680 0005 4406 7135

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested
   and fee is paid)

6. Signature: (Addressee or Agent)
X

Young / Conference America

PS Form 3811, December 1994     102595-97-B-0179     Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
I R S

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4
Cincinnati, OH  45999-0002

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0005 4406 7135

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

# EXHIBIT B

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

| C | O | N | F | E | R | E | N | C | E | | A | M | E | R | I | C | A | | | | | |

**Employer identification number (EIN)**

| 6 | 3 | 1 | 0 | 7 | 0 | 2 | 2 | 1 |

**Address (number, street, room or suite no.)**

| 7 | 0 | 7 | 9 | | U | N | I | V | E | R | S | I | T | Y | | C | O | U | R | T | | |

**Social security number (SSN)**

**City and state or province. If you have a foreign address, see page 2.**

| M | O | N | T | G | O | M | E | R | Y | | A | L | A | B | A | M | A | | | | | |

**ZIP code**

| 3 | 6 | 1 | 1 | 7 | 8 | 0 | 0 | 4 |

**Foreign country, if applicable. Do not abbreviate.**

**Month claimant's income tax year ends**

| 0 | 3 |

**Daytime telephone number (optional)**

| 8 | 0 | 0 | 9 | 2 | 5 | 8 | 0 | 0 | 0 |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors . . . . . . . . . . | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable)

Robert P. Williams, II

Type or print your name below signature.

Date  7/15/05

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Cat. No. 20027J    Form **8849** (Rev. 2-2005)

Exhibit B
Page 2

**Schedule 6**
**(Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

**Other Claims**
► Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America | 631070221 | $ 69,056.11 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►  01012000      Latest date ►  03312001

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1 Excise Tax - Communications - 1st Quarter 2000 | $ 18,916 | 83 | |
| 2 Excise Tax - Communications - 2nd Quarter 2000 | 7,392 | 02 | |
| 3 Excise Tax - Communications - 3rd Quarter 2000 | 7,740 | 76 | |
| 4 Excise Tax - Communications - 4th Quarter 2000 | 15,131 | 44 | |
| 5 Excise Tax - Communications - 1st Quarter 2001 | 19,875 | 06 | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;
● Form 2290, Heavy Highway Vehicle Use Tax Return;
● Form 730, Monthly Tax Return for Wagers; and
● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.      Cat. No. 27454M      Schedule 6 (Form 8849) (Rev. 2-2005)

**Schedule 6**
**(Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

## Other Claims
▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America | 631070221 | $ 30,656.82 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ _____04012001_____     Latest date ▶ _____09312001_____

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax - Communications - 2nd Quarter 2001 | $ | 16,797 | 34 |
| 2 | Excise Tax - Communications - 3rd Quarter 2001 | | 13,859 | 48 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;
● Form 2290, Heavy Highway Vehicle Use Tax Return;
● Form 730, Monthly Tax Return for Wagers; and
● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.     Cat. No. 27454M     Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit B
Page 4

## EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

Jul 13 05 08:16a    Conference America, Inc.    800 36742    p.2

Jul-11-05 16:53    From-TROUTMAN SANDERS LLP    +4040853800    T-160 P.02/03 F-031

| Form **2848** | **Power of Attorney** | OMB No 1545-0150 |
|---|---|---|
| (Rev. March 2004) | **and Declaration of Representative** | For IRS Use Only |
| Department of the Treasury Internal Revenue Service | ► Type or print. ► See the separate instructions. | Received By Name _____ Telephone _____ Function _____ Date __/__/__ |

**Part I | Power of Attorney**
Caution: Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Conference America 7079 University Court Montgomery, AL 36117-8004 | | 63 1070221 |
| | Daytime telephone number ( 800 ) 925-9000 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2    Representative(s) must sign and date this form on page 2, Part II.**

| Name and address | |
|---|---|
| Robert P. Williams, II Troutman Sanders LLP 600 Peachtree Street, NE, Suite 5200 Atlanta, GA 30308 | CAF No. ........................ Telephone No. ...... (404) 885-3436 Fax No. ............. (404) 962-6721 Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | |
| Melissa J. Yost Troutman Sanders LLP 600 Peachtree Street, NE, Suite 5200 Atlanta, GA 30308 | CAF No. ........................ Telephone No. ...... (404) 885-3485 Fax No. ............. (404) 962-6872 Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | |
| | CAF No. ........................ Telephone No. ........................ Fax No. ........................ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3    Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 720 | 1999-2001 |
| | | |
| | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF ................................. ►☐

**5    Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ...........................
.................................................................................................................................................................
.................................................................................................................................................................
.................................................................................................................................................................

**6    Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ►

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.    Cat No 11980J    Form **2848** (Rev. 3-2004)

Jul 13 05 08:16a    Conference America, Inc.    800   86742    p.3

Jul-11-05  18:53    From-TROUTMAN SANDERS LLP    +4048053000    T-160  P.02/03  F-821

Form 2848 (Rev. 3-2004)    Page **2**

**7** Notices and communications. Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a  If you also want the second representative listed to receive a copy of notices and communications, check this box .  ▶ ☐

b  If you do not want any notices or communications sent to your representative(s), check this box . . . . . . .  ▶ ☐

**8** Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . .  ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9** Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| _(signature)_ | 7/12/05 | PRESIDENT |
| Print Name | PIN Number ☐☐☐☐☐ | Print name of taxpayer from line 1 if other than individual |
| Signature | Date | Title (if applicable) |
| Print Name | PIN Number ☐☐☐☐☐ | |

**Part II    Declaration of Representative**

Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  d  Officer—a bona fide officer of the taxpayer's organization.
  e  Full-Time Employee—a full-time employee of the taxpayer.
  f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
  h  Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. See the Part II instructions.**

| Designation—insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | GA | _(signature)_ | 7-13-05 |
| a | GA | _(signature)_ | 7/13/05 |

Form **2848** (Rev. 3-2004)

**Exhibit B**
Page 7



7006 1670 0012 1906 2253

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $

Sent To
Internal Revenue Service
Street, Apt. No.; or PO Box No.
Cincinnati, OH 45999-0002
City, State, ZIP+4
(Yost)
(Conf. America)

MAIN POST OFFICE
JUL 13 2005
USPS
ATLANTA, GA 30321

Melissa Yost



SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

# EXHIBIT C

Exhibit C
Page 1

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

`C O N F E R E N C E   A M E R I C A   I N C .`

Employer identification number (EIN)

`6 3 1 0 7 0 2 2 1`

Address (number, street, room or suite no.)

`7 0 7 9   U N I V E R S I T Y   C O U R T`

Social security number (SSN)

City and state or province. If you have a foreign address, see page 2.

`M O N T G O M E R Y   A L A B A M A`

ZIP code

`3 6 1 1 7 8 0 0 4`

Month claimant's income tax year ends

`0 3`

Foreign country, if applicable. Do not abbreviate.

Daytime telephone number (optional)

`8 0 0 9 2 5 8 0 0 0`

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*[signature]*   12/19/05

Signature and title (if applicable)    Date

Benjamin L. Young

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Cat. No. 20027J    Form **8849** (Rev. 2-2005)

Exhibit C
Page 2

| Schedule 6<br>(Form 8849)<br>(Rev. February 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Other Claims**<br>▶ Attach to Form 8849. | | OMB No. 1545-1420 |
|---|---|---|---|
| Name as shown on Form 8849<br>Conference America, Inc. | EIN or SSN<br>63-1070221 | | Total refund (total of lines 1–5)<br>$          13,395.17 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ _____     Latest date ▶ _____

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1   Excise Tax - Communications - 4th Quarter 2001 | $          13,395 | 17 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

• Form 720, Quarterly Federal Excise Tax Return;

• Form 2290, Heavy Highway Vehicle Use Tax Return;

• Form 730, Monthly Tax Return for Wagers; and

• Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit C
Page 3

Troutman Sanders LLP 12/13/2005 10:17    PAGE 002/003    Fax Server

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. March 2004) Department of the Treasury Internal Revenue Service | **and Declaration of Representative** ▶ Type or print. ▶ See the separate instructions. | For IRS Use Only Received by: Name _____ Telephone _____ Function _____ Date __ / __ / __ |

**Part I    Power of Attorney**
Caution: Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Conference America, Inc. 7079 University Court Montgomery, AL 36117-8004 | | 63 : 1070221 |
| | Daytime telephone number ( 800 ) 925-8000 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Robert P. Williams, II Troutman Sanders LLP 600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308 | CAF No. ........................... Telephone No. ........................... Fax No. ........................... Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | |
| Melissa J. Yost Troutman Sanders LLP 600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308 | CAF No. ........................... Telephone No. ........................... Fax No. ........................... Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address | |
| Benjamin L. Young Troutman Sanders LLP 600 Peachtree Street NE, Suite 5200   Atlanta, GA 30308 | CAF No. ........................... Telephone No. ........................... Fax No. ........................... Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3    Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 720 | 1999-2005 |
| | | |
| | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF . . . . . . . . . ▶ ☐

**5    Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ...........................
...................................................................................................................................
...................................................................................................................................
...................................................................................................................................

**6    Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.     Cat. No. 11980J     Form **2848** (Rev. 3-2004)

Exhibit C
Page 4

GEP 12/19/2005 10:17    PAGE 003/003    Fax Server

Form 2848 (Rev. 3-2004)                                                                    Page **2**

7   **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the
    first representative listed on line 2.
  a   If you also want the second representative listed to receive a copy of notices and communications, check this box  . ▶ ☐
  b   If you do not want any notices or communications sent to your representative(s), check this box  . . . . . . . . . ▶ ☐

8   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier
    power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by
    this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐
    **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9   **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is
    requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor,
    receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf
    of the taxpayer.

    ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| _____ Signature _____ | _____ 12/19/05 _____<br>Date | PRESIDENT<br>Title (if applicable) |
|---|---|---|
| R.M. Pirnie<br>Print Name | ☐☐☐☐☐<br>PIN Number | Conference America<br>Print name of taxpayer from line 1 if other than individual |
| _____ Signature _____ | _____ Date _____ | _____ Title (if applicable) _____ |
| _____ Print Name _____ | ☐☐☐☐☐<br>PIN Number | |

**Part II    Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic
Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:
  • I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
  • I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning
    the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
  • I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
  • I am one of the following:
    a   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
    b   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
    c   Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
    d   Officer—a bona fide officer of the taxpayer's organization.
    e   Full-Time Employee—a full-time employee of the taxpayer.
    f   Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
    g   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the
        authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
    h   Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department
        Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under
        examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL
  BE RETURNED.** See the Part II instructions.

| Designation—Insert<br>above letter (a–h) | Jurisdiction (state) or<br>identification | Signature | Date |
|---|---|---|---|
| a | GA | *(signature)* | 12/19/05 |
| a | GA | Melissa J Yn | 12/19/05 |
| a | GA | Bijan L Yn | 12/19/05 |

Form **2848** (Rev. 3-2004)

Exhibit C
Page 5

### EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

Exhibit C
Page 6

**SENDER:**
- Complete items 1 and/or 2 for additional service.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Internal Revenue Service

Cincinnati, OH 45999-0002

4a. Article Number

7003 1680 0005 4406 7104

4b. Service Type

☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*

X

8. Addressee's Address *(Only if requested and fee is paid)*

(Conference America / Young)

PS Form **3811**, December 1994          102595-97-B-0179     Domestic Return Receipt

12/19

IRS to

Conf. America.

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## CERTIFIED MAIL™

7003 1680 0005 4406 7104
7003 1680 0005 4406 7104

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $

Postmark Here

Sent To I.R.S.
Street, Apt. No.; or PO Box No.
Cincinnati, OH 45999-0002
(Conference America / Young)

Exhibit C
Page 7

# EXHIBIT D

P.2

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER AL 36117-8004794

---

The IRS address must appear in the window.
2680344196

BODCD-SB

| | | |
|---|---|---|
| Letter Number: | | LTR0916C |
| Letter Date | : | 2005-08-25 |
| Tax Period | : | 200003 |


*631070221*

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER AL 36117-8004794

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

631070221 ZY 0000 03 2 200003 000 00000000000

Exhibit D
Page 2

p.3

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680344196
Aug. 25, 2005   LTR 916C  E1
63-1070221   200003 03 000
                              06335
BODC: SB

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794


Taxpayer Identification Number:  63-1070221
                  Kind of Tax:  Excise
           Amount of Claim(s):  $   69,056.11

         Date Claim(s) Received:  July 20, 2005
           Tax Period(s) Ending:  Mar. 31, 2000


Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the information sheet attached to your claim, which
explains why your claim cannot be processed at this time.

If you have any questions, please call Mr. Bowden at
859-669-4824 between the hours of 8:00 AM and
3:00 PM.  If the number is outside your local calling area,
there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____

Exhibit D
Page 3

p.4

2680544196
Aug. 25, 2005   LTR 916C  E1
63-1070221    200005 05 000
06336

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794

Thank you for your cooperation.

Sincerely yours,

Nary Jo Williams, Operations Mgr.
Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Attachment
Your Claim

p. 5

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI   OH   45999-0062

In reply refer to:  2680344196
Aug. 25, 2005    LTR 916C  E1
63-1070221    200003 03 000
                          06335
BODC: SB

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794

Taxpayer Identification Number:  63-1070221
              Kind of Tax:  Excise
          Amount of Claim(s):  $   69,056.11

      Date Claim(s) Received:  July 20, 2005
        Tax Period(s) Ending:  Mar. 31, 2000

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the information sheet attached to your claim, which
explains why your claim cannot be processed at this time.

If you have any questions, please call Mr. Bowden at
859-669-4824 between the hours of 8:00 AM and
3:00 PM.  If the number is outside your local calling area,
there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____

Exhibit D
Page 5

p.6

Aug. 25, 2005    LTR 916C  E1
63-1070221    200003 03 000
06336

CONFERENCE AMERICA INC
7079 UNIVERSITY CT
MONTGOMER  AL  36117-8004794

Thank you for your cooperation.

Sincerely yours,

Mary Jo Williams, Operations Mgr.
Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Attachment
Your Claim

## EXHIBIT A

Conference America, Inc. (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

P. 8

*720 Statute* (handwritten)    *7txprds* (handwritten)

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

C O N F E R E N C E   A M E R I C A

**Employer identification number (EIN)**
6 3 1 0 7 0 2 2 1

**Address (number, street, room or suite no.)**

7 0 7 9   U N I V E R S I T Y   C O U R T

**Social security number (SSN)**

**City and state or province. If you have a foreign address, see page 2.**

M O N T G O M E R Y   A L A B A M A

**ZIP code**
3 6 1 1 7 6 0 0 4

**Foreign country. If applicable. Do not abbreviate.**

**Month claimant's income tax year ends**
0 3

**Daytime telephone number (optional)**
8 0 0 9 2 5 8 0 0 0

**Caution:** Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . | ☑ |

INTERNAL REVENUE SERVICE RECEIVED
228
JUL 2 0 2005
BATCHING UNIT

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*(signature)*    Date 7/13/05

Signature and title (if applicable)

Robert P. Williams, II

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.    Cat. No. 20027J    Form **8849** (Rev. 2-2005)

CINCINNATI IRS CENTER
JUL 2 7 2005
INTERNAL REVENUE SERVICE

NO. 135
ACCEPTED
JUL 2 9 2005
By CLASSIFICATION
S.C. 17

Exhibit D
Page 8

P. 9

**Schedule 6
(Form 8849)**

(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

## Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–6) |
|---|---|---|
| Conference America | 631070221 | $ 69,056.11 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012000    Latest date ▶ 03312001

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  Excise Tax - Communications - 1st Quarter 2000 | $ 18,916 | 83 | |
| 2  Excise Tax - Communications - 2nd Quarter 2000 | 7,392 | 02 | |
| 3  Excise Tax - Communications - 3rd Quarter 2000 | 7,740 | 76 | |
| 4  Excise Tax - Communications - 4th Quarter 2000 | 15,131 | 44 | |
| 5  Excise Tax - Communications - 1st Quarter 2001 | 19,875 | 06 | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

Purpose of schedule. Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

Claim requirements. Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

How to file. Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Exhibit D
Page 9

**Schedule 6
(Form 8849)**

(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

## Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Conference America | 631070221 | $    30,656.82 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ ___04012001___     Latest date ▶ ___09312001___

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  Excise Tax - Communications - 2nd Quarter 2001 | $ | 16,797 | 34 |
| 2  Excise Tax - Communications - 3rd Quarter 2001 | | 13,858 | 48 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

Please see Exhibit A

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 2290, Heavy Highway Vehicle Use Tax Return;

● Form 730, Monthly Tax Return for Wagers; and

● Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

# EXHIBIT E

# ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|------|-------------------------|
| CONFERENCE AMERICA INC | 2000 & 2001 |

## DISALLOWANCE

We cannot allow your claim as filed at this time for the following reasons:

1. The following periods have been filed late:

| PERIOD | DUE DATE |
|--------|----------|
| 200109 | 10/31/2004 |
| 200106 | 7/31/2004 |
| 200103 | 4/30/2004 |
| 200012 | 1/31/2004 |
| 200009 | 10/31/2003 |
| 200006 | 7/31/2003 |
| 200003 | 4/30/2003 |

These claims were received on 7/20/2005

Per Internal Revenue Code section 6511(a) "Period of Limitation on Filing Claim – Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within 3 years from the time the return was filed or 2 years from the time the tax was paid, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time tax was paid."

# EXHIBIT F

P.2

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0061



7183 6086 6454 8048 6079

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY AL 36117

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window.
2479905245

BODCD-SB

Use for payments

| | |
|---|---|
| Letter Number: | LTR0105C |
| Letter Date : | 2006-01-26 |
| Tax Period : | 200112 |

*631070221*

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY AL 36117

INTERNAL REVENUE SERVICE

CINCINNATI OH 45999-0061

631070221 ZY CONF 03 2 200112 670 00000000000

Exhibit F
Page 2

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0061

7183608664548048607

In reply refer to: 2479905245
Jan. 26, 2006    LTR 105C   1
63-1070221    200112 03 000
                                00576
BODC: SB

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY  AL  36117

CERTIFIED MAIL

Taxpayer Identification Number:  63-1070221
                Kind of Tax:  Excise
              Amount of Claim :  $    13,395.17

        Date of Claim(s) Received:  Dec. 23, 2005
                Tax Period :  Dec. 31, 2001

WE COULDN'T ALLOW YOUR CLAIM

Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for
credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM
The attachment to this letter explains why we have disallowed this
claim.

IF YOU DISAGREE

You may appeal our decision with the Appeals Office (which is
independent of our office) if we disallowed your claim because our
records show that you filed your claim late.  Generally, a claim is
late if you filed it the later of:

    - 3 years from the return due date of a timely filed,
      unextended return
    - 3 years from the date we received a late return or a timely
      filed, extended return
    - 2 years after you paid the tax

In addition, the amount of any credit or refund for a claim filed
within three years of the tax return is limited to amounts paid
within the three years before filing the claim plus the period of
any extension of time granted for filing the tax return.  Similarly,
the amount of a claim filed within the two-year period is limited
to the amount paid within the two years before filing the claim.

Exhibit F
Page 3

```
                                              2479905245
                          Jan. 26, 2006   LTR 105C   1
                          63-1070221   200112 03 000
                                                00578
```

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY  AL  36117

3.  Include a detailed statement of facts with names, amounts,
    locations, etc. to support your reasons for disputing the
    disallowance.
4.  If you know the particular law or authority that supports
    your position, you should inform us of that law or authority.
    Please include a legal citation to assist in the appeals
    process that supports your claim, if applicable.
5.  Sign the statement below and include it with your written
    appeal.  If your authorized representative prepares the
    request for an appeal, he/she must sign the statement and
    include it with the appeal.
6.  Mail your written formal protest to the address shown on
    this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

   "Under penalties of perjury, I declare that the facts present on
my written appeal are, to the best of my knowledge and belief,
true, correct, and complete."


_____     _____
Signature                             Date

_____     _____
Spouse's Signature, if a Joint Return  Date

STATEMENT BY ENROLLED AGENT

   "Under penalty of perjury, I declare that I prepared the written
statement and accompanying documents.  I know personally that
the protest and accompanying documents are true and correct."


_____     _____  _____
Signature of Agent                    Enrollment Number         Date

If you do not agree with our decision, you may file suit to recover
tax, penalties, or other amounts, with the United States District
Court having jurisdiction or with the United States Claims Court.
These courts are part of the judiciary branch of the federal
government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this
letter.  If you decide to appeal our decision first, the 2-year period
still begins from the date of this letter.  However, if you signed
an agreement that waived your right to the notice of disallowance

p.5

```
                                              2479905245
                    Jan. 26, 2006    LTR 105C    1
                    63-1070221    200112 03 000
                                                 00577
```

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY  AL  36117


The Appeals Office cannot change the amount of time the law allows
you to file a claim for refund or credit.

If you decide to appeal our decision, you should provide us with an
explanation of why you consider your claim was filed on time; for
example, you had an extension of time to file your original tax
return.  We will consider your explanation before forwarding your
request to the Appeals Office.

Note: reasonable cause or similar explanations that may provide an
excuse for relief from a penalty for the late filing of a tax return
cannot change the time limitations for filing a claim set by law.
Please review Publication 556, Examination of Returns, Appeals
Rights, and Claims for Refund, to see if you qualify for an exception
provided by law; for example, you were "financially disabled," you
were serving in a combat zone, or your claim involves an item that
has a filing period in excess of the general three-year period.

You have the right to appeal our decision to disallow your claim.
You may represent yourself before Appeals.  You may have an attorney,
certified public accountant, or person enrolled to practice before
the Internal Revenue Service represent you.  To have someone
represent you, attach Form 2848, Power of Attorney and Declaration
of Representative, (or similar written power of attorney) to your
written statement.

You may request a small dollar case appeal for a disallowed claim
that is less than $25,000 or prepare a formal protest for a
disallowed claim over $25,000.

To request a small dollar case appeal for a claim, do the following:
  1. State that you want to appeal.
  2. List the disallowed items you disagree with and why you don't
     agree with each item.
  3. Provide your name, address, taxpayer identification number,
     daytime telephone number, and a copy of this letter.
  4. Mail your appeal request to the address shown on this letter.

To prepare a formal protest, do the following:

  1. Prepare a written statement that you want to appeal the
     disallowance to the Appeals Office.
  2. Provide your name, address, taxpayer identification number,
     a daytime telephone number, and a copy of this letter.  Show
     the tax periods or years and disallowed items you disagree
     with and why you don't agree with each item.

Exhibit F
Page 5

P.6

2479905245
Jan. 26, 2006    LTR 105C    1
63-1070221    200112 03 000
00579

CONFERENCE AMERICA INC
7079 UNIVERSITY COURT
MONTGOMERY  AL  36117

(Form 2297), the period for filing suit begins on the date you filed
the waiver.

HOW TO CONTACT US

If you have any questions, please call Mr. Gillis Bowden at
859-669-4824 between the hours of 8:00 AM and
4:00 PM EST.  If the number is outside your local calling area,
there will be a long-distance charge to you.  If you prefer, you may
write to us at the address shown at the top of the first page of
this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____    Hours_____


                        Sincerely yours,


                        W. Ricky Stiff


                        W. Ricky Stiff
                        Chief, Excise Program


Enclosure(s):
Publication 1
Attachment to Letter


Exhibit F
Page 6

Station Name: COV004WA2546659 Date: 01/17/2006 Time: 9:29:56 AM

IDRS LETTER      | TO:                              | STOP:
ENCLOSURE        |     Correspondence Reviewer      |
                 |     Tax Assistance Section       |

Please Enclose the Attached with IDRS Letter

Sequence Number:                    | Letter Number:  0105C

Date Entered:  01/17/2006           | Employee Number:  2479905245

Taxpayer Name and Address:
                        CONFERENCE AMERICA INC
                        7079 UNIVERSITY COURT
                        MONTGOMERY, AL 36117


Social Security Number /   | 63-1070221
Employer Identification No. |

FORM 5703

REQUEST COMPLETED--0 CAF LTRS  PLEASE ENTER ENCLOSURE INFO & PRINT SCREEN

JAN 1 8 2006

CINCINNATI IRS CENTER
EXCISE #7
JAN 18 2006
RECEIVED
INTERNAL REVENUE SERVICE

## ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|------|-------------------------|
| CONFERENCE AMERICA INC | DECEMBER 2001 |

**DISALLOWANCE**

We cannot allow your claim as filed at this time for the following reasons:

1. The following periods have been filed late:

| PERIOD | DUE DATE |
|--------|----------|
| 200112 | 1/31/2005 |

These claims were received on 12/23/05.

Per Internal Revenue Code section 6511(a) "Period of Limitation on Filing Claim – Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within 3 years from the time the return was filed or 2 years from the time the tax was paid, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time tax was paid."

Exhibit F
Page 8