IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CONFERENCE AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-149-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**FOURTH STATUS REPORT**

Pursuant to the Court's order entered on June 1, 2006, the parties submit this status report.

As discussed in prior two status reports, plaintiff has submitted to defendant an offer of substantiation of the services provided and tax paid. A communication excise tax specialist within the Internal Revenue Service is in the process of reviewing the substantiation. The Government anticipates that the excise tax specialist will complete his review by the end of this month. At that point, counsel for the Government, after consultation with the Office of Chief Counsel of the Internal Revenue Service, will submit his recommendation to resolve plaintiff's claims for periods over which the Government agrees that the Court has subject matter jurisdiction. Final

1778221.1

action on that recommendation will be taken by the authorized delegate of the Attorney General.

As discussed in prior status reports, in light of the decision in *Wachovia Bank v. United States*, 455 F.3d 1261 (11th Cir. 2006), the Government adheres to its affirmative defense that the Court lacks subject matter jurisdiction over plaintiff's claims pertaining to all quarters of 2000 and 2001. If plaintiff chooses to adhere to its argument that the Court has subject matter jurisdiction over its claims for those periods, the issue will be presented to the Court on cross-motions for partial dismissal and/or summary judgment.

s/ Thomas E. Borton, IV
_____
THOMAS E. BORTON, IV
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree St. N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3275
Telefax; (404) 962-6859
thomas.borton@troutmansanders.com

LEURA G. CANARY
United States Attorney

s/ Michael N. Wilcove
_____
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6474
Telefax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov