### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CONFERENCE AMERICA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | **NO.: 2:06-CV-00149** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### OF CLAIM CONTAINED IN COUNT II OF PLAINTIFF'S COMPLAINT

Pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby jointly stipulate to dismissal without prejudice of Plaintiff's claim currently pending in this lawsuit for the tax quarters ending on March 31, 2000 to the quarter ending on December 31, 2001.  This claim, contained in Count II of Plaintiff's Complaint filed on February 21, 2006, represents $113,108.10 in federal excise taxes that Plaintiff alleged to have overpaid during the tax quarters noted herein.

Respectfully submitted by and consented to this 3rd day of November, 2006.

/s/ Benjamin L. Young
Thomas E. Borton, IV
Georgia Bar No. 068733
Email: Thomas.borton@troutmansanders.com
Robert P. Williams, II
Georgia Bar No. 765413
Email: Robert.williams@troutmansanders.com
Benjamin L. Young
Georgia Bar No. 159077
Email: ben.young@troutmansanders.com
Attorneys for Conference America, Inc.
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia 30308
Phone: (404) 885-3000
Fax: (404) 962-3900


/s/ Michael N. Wilcove
Michael N. Wilcove
Trial Attorney, Tax Division
U.S Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6474
Facsimile: (202) 514-9868
Email: michael.n.wilcove@usdoj.gov