IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CONFERENCE AMERICA | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 2:06-CV-149-WKW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF SETTLEMENT**

The parties advise the Court that this case has been settled.


s/ Thomas E. Borton, IV
_____
THOMAS E. BORTON, IV
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree St. N.E.
Atlanta, Georgia  30308-2216
Telephone: (404) 885-3275
Telefax; (404) 962-6859
thomas.borton@troutmansanders.com

LEURA G. CANARY
United States Attorney


s/ Michael N. Wilcove
_____
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-6474
Telefax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov

1778221.1