# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO.: 2:06-CV-00149 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO WITHDRAW JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIM CONTAINED IN <u>COUNT II OF PLAINTIFF'S COMPLAINT</u>

On November 3, 2006, counsel for Plaintiff filed a Joint Stipulation of Dismissal without Prejudice of Claim Contained in Count II of Plaintiff's Complaint (the "Joint Stipulation"). Counsel inadvertently included two additional attorneys in the signature block of the Joint Stipulation. Counsel for Plaintiff has conferred with counsel for Defendant and counsel for Defendant has informed counsel for Plaintiff that he does not intend to oppose this Motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff's Unopposed Motion to Withdraw Joint Stipulation of Dismissal Without Prejudice of Claim Contained in Count II of Plaintiff's Complaint, so that Plaintiff may correctly re-file the Joint Stipulation of Dismissal Without Prejudice

of Claim Contained in Count II of Plaintiff's Complaint (as attached hereto as Exhibit "A").

Respectfully submitted this 7th day of November, 2006.

TROUTMAN SANDERS LLP

/s/ Thomas E. Borton IV_____
Thomas E. Borton IV (BOR011)
Georgia Bar No. 068733

5200 Bank of America Plaza      Attorney for Plaintiff Conference
600 Peachtree Street, N.E.      America, Inc.
Atlanta, GA  30308-2216
(404) 885-3275
(404) 962-6859 (fax)

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CONFERENCE AMERICA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | **NO.: 2:06-cv-00149** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed Plaintiff Southern Company Services, Inc.'s *Unopposed Motion to Withdraw Joint Stipulation of Dismissal Without Prejudice of Claim Contained in Count II of Plaintiff's Complaint* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Michael N. Wilcove
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044
Phone: (202)-514-6474
Email: Michael.N.Wilcove@usdoj.gov

Respectfully submitted this 7th day of November, 2006.

                           TROUTMAN SANDERS LLP

                           /s/ Thomas E. Borton IV
                           Thomas E. Borton IV (BOR011)
                           Georgia Bar No. 068733

5200 Bank of America Plaza    Attorney for Plaintiff Conference
600 Peachtree Street, N.E.       America, Inc.
Atlanta, GA  30308-2216
(404) 885-3275
(404) 962-6859 (fax)