# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:06-CV-00149 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF CLAIM CONTAINED IN COUNT II OF PLAINTIFF'S COMPLAINT**

Pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby jointly stipulate to dismissal without prejudice of Plaintiff's claim currently pending in this lawsuit for the tax quarters ending on March 31, 2000 to the quarter ending on December 31, 2001. This claim, contained in Count II of Plaintiff's Complaint filed on February 21, 2006, represents $113,108.10 in federal excise taxes that Plaintiff alleged to have overpaid during the tax quarters noted herein.

Respectfully submitted by and consented to this __ day of November, 2006.

| | |
|---|---|
| s/ Thomas E. Borton, IV<br>THOMAS E. BORTON, IV (BOR011)<br>TROUTMAN SANDERS<br>5200 Bank of America Plaza<br>600 Peachtree St. N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: (404) 885-3275<br>Telefax; (404) 962-6859<br>thomas.borton@troutmansanders.com | LEURA G. CANARY<br>United States Attorney<br><br>s/ Michael N. Wilscove<br>MICHAEL N. WILCOVE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-6474<br>Telefax: (202) 514-9868<br>Michael.N.Wilcove@usdoj.gov |