IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-149-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Withdraw Joint Stipulation of Dismissal Without Prejudice of Claim Contained in Count II of Plaintiff's Complaint (Doc. # 25) filed on November 7, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 8th day of November, 2006.

                                        /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE