# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CONFERENCE AMERICA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | **NO.: 2:06-CV-00149** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF CLAIM CONTAINED IN COUNT II OF PLAINTIFF'S COMPLAINT

Pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby jointly stipulate to dismissal without prejudice of Plaintiff's claim currently pending in this lawsuit for the tax quarters ending on March 31, 2000 to the quarter ending on December 31, 2001. This claim, contained in Count II of Plaintiff's Complaint filed on February 21, 2006, represents $113,108.10 in federal excise taxes that Plaintiff alleged to have overpaid during the tax quarters noted herein.

Respectfully submitted by and consented to this 8th day of November, 2006.

s/ Thomas E. Borton, IV
THOMAS E. BORTON, IV (BOR011)
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree St. N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3275
Telefax; (404) 962-6859
thomas.borton@troutmansanders.com

LEURA G. CANARY
United States Attorney


s/ Michael N. Wilscove
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6474
Telefax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov