IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-149-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice of Claim Contained in Count II of Plaintiff's Complaint (Doc. # 27) and Notice of Settlement (Doc. # 24) filed by the parties, it is hereby

ORDERED that Plaintiff's claim alleged in Count II of the First Amended Complaint (Doc. # 20) is DISMISSED without prejudice.

It is further ORDERED that on or before November 29, 2006, the parties shall file a joint stipulation of dismissal for Count I of the First Amended Complaint.

DONE this 13th day of November, 2006.

　　　　　　　　　　　　　　　　　 /s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE