IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CONFERENCE AMERICA )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>    Defendant. ) | Case No. 2:06-CV-149-WKW |

STIPULATION FOR DISMISSAL

Pursuant to the stipulation of the parties, Count II of the First Amended Complaint has been dismissed without prejudice (Order, Doc. No. 28). It is stipulated and agreed that the remainder of this case be dismissed with prejudice, with each party to bear its own costs and expenses of this action, including attorneys' fees.

s/ Thomas E. Borton
_____
THOMAS E. BORTON, IV
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree St. N.E.
Telephone: (404) 885-3275
Telefax; (404) 962-6859
thomas.borton@troutmansanders.com

LEURA G. CANARY
United States Attorney

s/ Michael N. Wilcove
_____
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6474
Telefax: (202) 514-9868
Michael.N.Wilcove@usdoj.gov

1778221.1