IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-149-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Pursuant to the joint Stipulation for Dismissal filed by the parties on November 27, 2006 (Doc. # 29), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's claim alleged in Count I of the First Amended Complaint (Doc. # 20) is DISMISSED with prejudice.

2. Each party is to bear its own costs and expenses of this action, including attorneys' fees.

3. All pending motions are DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of November, 2006.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE